IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DALLAS MCINTOSH,

Plaintiff,

v.

RICHARD WATSON, *et al*.,

Defendants.

Case No. 15-cv-1016 JPG/RJD

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: April 18, 2018**     JUSTINE FLANAGAN, Acting Clerk of Court

   s/Tina Gray
   **Deputy Clerk**

**Approved:**   *s/J. Phil Gilbert*
   **J. PHIL GILBERT**
   **DISTRICT JUDGE**